EDOK - Application for Search Warrant (Revised 5/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE RESIDENCE LOCATED AT 2210 SOUTH 70TH STREET WEST, MUSKOGEE, OKLAHOMA 74401 | Case No.   21-MJ-453-KEW |

## APPLICATION FOR SEARCH WARRANT

I, Dwight McCurdy, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the **EASTERN** District of **OKLAHOMA** *(identify the person or describe property to be searched and give its location)*:

   SEE ATTACHMENT "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

   SEE ATTACHMENT "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

   ☒ evidence of a crime;
   ☐ contraband, fruits of crime, or other items illegally possessed;
   ☐ property designed for use, intended for use, or used in committing a crime;
   ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of Title 18, United States Code Sections 924(c), 1111, 1151, and 1152, and the application is based on these facts:

   ☒ Continued on the attached sheet.
   ☐ Delayed notice of __ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Dwight McCurdy, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date:   December 12, 2021

_____
Judge's signature

City and state:   Muskogee, Oklahoma

UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Dwight McCurdy, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for the residence located at 2210 South 70th Street West, Muskogee, Oklahoma, 74401 and pictured in Attachment A ("SUBJECT RESIDENCE"). The items to be seized are described in the following paragraphs and in Attachment B.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been an FBI Agent for three years. I am an investigative officer, or law enforcement officer, of the United States of America within the meaning of Title 18, United States Code, section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18. I received law enforcement training from the FBI Academy at Quantico, Virginia, and was previously employed as an Officer with the United State Marine Corps. I am currently assigned to the FBI Indianapolis Field Office, South Bend Resident Agency, and am temporarily assigned to the FBI Oklahoma City Field Office, Muskogee Resident Agency. In the performance of my duties with the FBI, I have participated in criminal investigations involving violent crimes, gang criminal enterprises, impersonation of federal officers, identify theft, Hobbs Act robbery, wire fraud, bank fraud, carjacking, evidence collection, interviews, execution of search and arrest warrants, crisis negotiation, and case review.

3. The information contained in this affidavit is based upon my participation in this investigation, including conversations with other law enforcement officers and my review of documents. This affidavit is submitted for the limited purpose of establishing probable cause to

support the issuance of a search warrant pursuant to Federal Rule of Criminal Procedure 41 authorizing a search warrant of the SUBJECT RESIDENCE described and pictured in Attachment A. This affidavit does not contain all the information known to me about this investigation.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Sections 924(c), 1111, 1151, and 1152 have been committed. There is also probable cause to search the residence described in Attachment A for evidence of these crimes as further described in Attachment B.

## **PROBABLE CAUSE**

5. The facts and circumstances describe below occurred within the Eastern District of Oklahoma and within the boundaries of the Muscogee (Creek) Nation Reservation and therefore is within Indian Country.

6. The Defendant is Robert Rainford, dob: XX/XX/1972.

7. The deceased victim is Steven Scoggins. Scoggins is an enrolled member of the Cherokee Nation.

8. On December 12, 2021, at approximately 12:49 p.m., the Muskogee County Sheriff's Department received a 911 call from R.S., who identified her address as 2220 South 70th Street West, Muskogee, Oklahoma. R.S. reported that her husband Steven Scoggins had been shot by an unknown male subject. R.S. stated that she heard gunshots from the rear exterior of her residence. R.S. also stated that their son came into the room and stated that the neighbor had shot Scoggins. R.S. stated that she went to the back door and observed an unknown male yelling and standing over Scoggins outside the residence. R.S. reported that the male subject was holding a handgun in his hand and provided a description of the male subject.

9.  Deputies responded to the scene and found Scoggins deceased behind his residence from multiple apparent gunshot wounds. Deputies also observed a male subject standing behind a tree a short distance away at the SUBJECT RESIDENCE. The male appeared to match the description provided by R.S. of the individual she observed with the handgun.

10. Deputies made contact with the male, who was identified as the Defendant. The Defendant told deputies that he had a handgun in his home, the SUBJECT RESIDENCE. The Defendant also told deputies that he "had to take care of it." A juvenile family member of the Defendant exited the SUBJECT RESIDENCE and advised deputies there was a handgun located in the residence. Deputies went into the SUBJECT RESIDENCE to do a protective sweep for additional subjects or victims. While inside, deputies observed multiple firearms in plain view. The Defendant was taken into custody and transported to the Muskogee County Sherriff's Department.

11. Based on the foregoing, I request that the Court issue the proposed search warrant.

Respectfully Submitted,

_____
Dwight McCurdy, Special Agent
Federal Bureau of Investigation

Sworn before me December 12, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF OKLAHOMA

## ATTACHMENT A

## Property to Be Searched

The entire premises, including the curtilage, of the address commonly known as 2210 South 70th Street West, Muskogee, Oklahoma, 74401, which is depicted in the image below:



## ATTACHMENT B

### Particular Things to be Seized

1. Any and all firearms, firearm parts or accessories, ammunition, or related documentation, i.e. instruction manuals, receipts that would show ownership or association

2. Clothing, fabrics, napkins, or any other items that appear to contain blood or traces of blood